**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kodi Lawan Edge, | No. CV-21-00552-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court is Plaintiff's "Joint Stipulation to Award Attorney Fees and Costs Under the Equal Access to Justice Act." Doc. 25.

Accordingly,

**IT IS ORDERED GRANTING** Plaintiff's Stipulation. Defendant shall pay Plaintiff $7,502.72 in EAJA fees under 28 U.S.C. § 2412(d) and $402.00 in costs under 28 U.S.C. § 1920.

///
///
///
///
///
///
///
///

**IT IS FURTHER ORDERED ADVISING** that if, after receiving the Court's EAJA fee order, the Defendant determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney, Meghan McNamara Miller. However, if there is a debt owed that is subject to offset under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney Meghan McNamara Miller.

Dated this 22nd day of May, 2023.

Honorable John C. Hinderaker
United States District Judge